*Monday, April 20, 1992*

## MISCELLANEOUS DISMISSALS

**91-1899.** Centex Telemanagement, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 91-1219-TP-AEC. Cause dismissed, on appellant's application to dismiss, effective April 16, 1992.

**91-2396.** Centex Telemanagement, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 89-848-TP-CSS. Cause dismissed, on appellant's application to dismiss, effective April 16, 1992.

**92-639.** State, ex rel. Hurst, v. Rogers. In Mandamus. Cause dismissed, on relator's application to dismiss, effective April 16, 1992.

*Wednesday, April 22, 1992*

## MISCELLANEOUS DOCKET

**92-566.** Graham v. Mengel. This cause originated in this court on the filing of a complaint for damages, declaratory and injunctive relief. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, effective April 21, 1992, that this cause is dismissed to the extent that the complaint seeks damages and injunctive relief, both of which are outside the jurisdiction of this court, and that the defendants are thereby also dismissed.

IT IS FURTHER ORDERED by the court that the remainder of the complaint shall be retained and considered an application under Section 2(B)(1)(g), Article IV, Ohio Constitution, for this court to exercise its original jurisdiction over admission to the practice of law and to render a declaratory judgment with regard to the constitutionality of procedures followed in connection with the July 1990 Ohio Bar Examination.

IT IS FURTHER ORDERED that plaintiff shall file his brief on the merits on or before May 21, 1992.

MOYER, C.J., and RESNICK, J., not participating.

*Thursday, April 23, 1992*

## MISCELLANEOUS DISMISSALS

**91-2374.** State, ex rel. Washington Twp., v. Delaware Cty. Bd. of Commrs. In Mandamus. Cause dismissed on joint application to dismiss, effective April 22, 1992.

**92-627.** Mayfield Hts. v. Braun. *Cuyahoga County*, No. 59233. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right from said court and was considered in a manner prescribed by law. On motion of appellee, this cause is hereby dismissed for lack of prosecution pursuant to Rule II, Section 1 of the Supreme Court Rules of Practice.

IT IS FURTHER ORDERED by the court that a copy of this entry be certified to the Clerk of the Court of Appeals for Cuyahoga County for entry.